UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br>    v.<br>ELIJAH LEE HOWARD,<br>               Defendant. | Case No. 19-cr-00253-VC-1<br><br>**ORDER DENYING MOTION FOR COMPASSIONATE RELEASE**<br>Re: Dkt. No. 54 |

      In November of 2019, this Court sentenced Elijah Howard to 37 months of imprisonment for the crime of possessing a firearm as a felon. Mr. Howard began serving his sentence in January of 2020. On May 21, 2020, he filed a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). *See* Dkt. No. 54. The motion is denied.

      Compassionate release is not appropriate in Mr. Howard's case. When determining whether "extraordinary and compelling reasons warrant such a reduction" in a defendant's sentence, the Court must consider the sentencing factors listed in 18 U.S.C. § 3553(a). *See* § 3582(c)(1)(A). Those factors include "the need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, and . . . to protect the public from further crimes of the defendant." § 3553(a)(2).

      In the wake of Mr. Howard's bail proceedings and sentencing hearing, the Court concluded that Mr. Howard is a person who: (i) always believes he is in the right; (ii) is frequently hostile and angry (and sometimes violent) toward people who believe he is not in the right; and (iii) needs to put a lot of time and a lot of hard work into reconceptualizing his relationship with law enforcement and with the community as a whole. The Court concluded that

Mr. Howard will be dangerous until he succeeds in this reconceptualization, and that his custodial sentence was an important part of accomplishing that. Accordingly, even considering the increased health risks associated with incarceration at the present time, the Court is of the view that Mr. Howard is currently a danger to the community and should not be released.

**IT IS SO ORDERED.**

Dated: June 1, 2020

_____
VINCE CHHABRIA
United States District Judge