UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELIJAH LEE HOWARD,<br><br>　　　　　Defendant. | Case No. 19-cr-00253-VC-1<br><br>**ORDER DENYING RENEWED APPLICATION TO SEAL**<br><br>Re: Dkt. No. 61 |

The renewed application to seal is denied. Howard appears to misunderstand the Court's prior order. That order allows for particularly sensitive medical information to be redacted, but requires all other medical information relevant to the compassionate release motion to be unsealed. If Howard does not file a renewed motion to seal consistent with the Court's guidance by 5:00 p.m. on Monday, July 20, his records will be unsealed.

**IT IS SO ORDERED.**

Dated: July 15, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge